683 S.E.2d 803

**Eugene JAMISON and Delores Isaac, individually
and as Personal Representative of the Estate
of Virnell Isaac, Petitioners,**

v.

**FORD MOTOR COMPANY, Respondent.**

**No. 26727.**

Supreme Court of South Carolina.

Heard Sept. 15, 2009.
Decided Sept. 28, 2009.

James E. Carter, of Savannah, GA,; Samuel K. Allen, of Anastopoulo and Clone, of Charleston; and Stephanie P. McDonald, of Senn, McDonald & Leinbach, of Charleston, for Petitioners.

J. Kenneth Carter, Jr. and Curtis L. Ott, both of Turner, Padget, Graham & Laney, of Columbia, for Respondent.

PER CURIAM.

After careful consideration, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., WALLER, PLEICONES, BEATTY, JJ., and Acting Justice JAMES E. MOORE, concur.